# Certificate
# of
# Authority

## STATE OF NEVADA
### DEPARTMENT OF BUSINESS & INDUSTRY
### DIVISION OF INSURANCE
#### Carson City, Nevada

*Nevada ID #:*     **124597**

*THE*     **Talisman Casualty Insurance Company, LLC.**

*Incorporated in the State of*     **Nevada**

*Home office at*     **Las Vegas, Nevada**

*having duly qualified, is hereby licensed to transact:*

## **\*\*SPONSORED CAPTIVE \*\***

*insurance business within the State of Nevada until terminated at the request of the insurer or suspended or revoked by the Commissioner of Insurance.*



Dated at Carson City, Nevada this \_\_\_\_\_74th\_\_\_\_\_

day of_____January_____, 2014

_____
Commissioner of Insurance



EXHIBIT
C

# Sponsored Captive Insurer
# Certificate of Participation
### DEPARTMENT OF BUSINESS AND INDUSTRY



### DIVISION OF INSURANCE

This certificate with affixed seal is evidence of participation for

## TALISMAN CASUALTY INSURANCE COMPANY LLC. PROTECTED CELL #01
### Organization ID No. 125038

is insured by the sponsored captive insurer, <u>Talisman Casualty Insurance Company LLC</u>. The losses of the participant are limited by its contract to the participant's pro rata share of the assets of one or more protected cells identified in such participant contract and in accordance with chapter 694C of the Nevada Revised Statutes.

This Certificate shall remain in force unless suspended, revoked, terminated or voluntarily surrendered. This Certificate shall at all times remain the property of the state of Nevada. Upon any termination, suspension or revocation thereof, the holder shall promptly deliver or surrender this Certificate of Participation to the Commissioner of Insurance.



Dated at Carson City, Nevada

this __24th__ day of ___January___

_____
Commissioner of Insurance

Effective Date: ___January   2014___